IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HENRY L. IVY, JR.
REG. #04738-045                                                                                          PETITIONER

VS.                                         2:09CV00001 WRW/JTR

T.C. OUTLAW,
Warden, FCI Forrest City                                                                         RESPONDENT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 31st day of August, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE